## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

BRADLEY O. WHYTE, and
BRADLEY O. WHITE, CRNA, PC,

      **Plaintiffs,**

    v.            Civil No. 08-1267-AA

PRAESTANTIA ASSOCIATES, LLC,
a domestic limited liability company;
MARCUS BERGEN, MICHAEL R.
WRAY, and JAMIE COBB, individuals;
and MARCUS BERGEN PC, MICHAEL
WRAY PC, and JAMIE COBB PC,
domestic professional corporations,

      **Defendants.**

## JUDGMENT

This action is dismissed.

Dated: December 18, 2009.

        MARY L. MORAN, CLERK

      By: /s/ Leslie Engdall
        Leslie Engdall, Deputy

**JUDGMENT**         **DOCUMENT NO:** _____